NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNQOR, INC.,**
*Plaintiff-Appellee,*

v.

**ARTESYN TECHNOLOGIES, INC. AND ASTEC AMERICA, INC.,**
*Defendants-Appellants,*

AND

**BEL FUSE, INC.,**
*Defendant-Appellant,*

AND

**DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., AND POWER-ONE, INC.,**
*Defendants-Appellants,*

AND

**MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., AND MURATA POWER SOLUTIONS, INC.,**
*Defendants-Appellants,*

AND

**CHEROKEE INTERNATIONAL CORP. AND LINEAGE POWER CORP.,**

*Defendants.*

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0497, Judge T. John Ward.

---

2011-1191, -1192, -1194, 2012-1070, -1071, -1072

---

## ON MOTION

---

## ORDER

Artesyn Technologies, Inc. et al. (Artesyn) move without opposition for additional oral argument time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred to the merits panel assigned to hear the case.

FOR THE COURT

AUG 07 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
Constantine L. Trela, Jr., Esq.
Alan D. Smith, Esq.
William F. Lee, Esq.
Andrew J. Pincus, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 07 2012

JAN HORBALY
CLERK